IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| REBECCA SCHEETZ,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM AND CASUALTY COMPANY, and JOHN DOES 1-5,<br><br>Defendant. | CV 23–47–BU–DLC<br><br><br>ORDER |

Upon the Parties' Joint Motion to Dismiss with Prejudice and good cause appearing, IT IS ORDERED that the above-captioned matter is DISMISSED WITH PREJUDICE, with each party to bear its own fees and costs.  The Clerk of Court is directed to close this file.

DATED this 4th day of June, 2024.


Dana L. Christensen, District Judge
United States District Court

1